MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00012-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GUILLERMO JOSE LEON RAMIREZ, aka "Memo," aka "Pancho," and WILLIAM LEE VOLLENDROFF, | DATE: March 14, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on March 14, 2019.

2.      By this stipulation, defendants now move to continue the status conference until May 2, 2019, and to exclude time between March 14, 2019, and May 2, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes, for each defendant, more than 100 pages of written discovery, as well as numerous audio and video files and spreadsheets of calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1   b)      Counsel for defendants desire additional time to review this discovery, to consult

2   with their clients, and to otherwise prepare for trial.

3           c)      Counsel for defendants believe that failure to grant the above-requested

4   continuance would deny them the reasonable time necessary for effective preparation, taking into

5   account the exercise of due diligence.

6           d)      The government does not object to the continuance.

7           e)      Based on the above-stated findings, the ends of justice served by continuing the

8   case as requested outweigh the interest of the public and the defendant in a trial within the

9   original date prescribed by the Speedy Trial Act.

10          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of March 14, 2019 to May 2, 2019,

12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13  because it results from a continuance granted by the Court at defendant's request on the basis of

14  the Court's finding that the ends of justice served by taking such action outweigh the best interest

15  of the public and the defendant in a speedy trial.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 11, 2019                          McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ DAVID W. SPENCER
                                                DAVID W. SPENCER
                                                Assistant United States Attorney


Dated:  March 11, 2019                          /s/ Hannah R. Labaree
                                                Hannah R. Labaree
                                                Counsel for Defendant
                                                GUILLERMO JOSE LEON RAMIREZ
Dated:  March 11, 2019                          /s/ Olaf W. Hedberg
                                                Olaf W. Hedberg
                                                Counsel for Defendant
                                                WILLIAM LEE VOLLENDROFF


## ORDER

IT IS SO ORDERED.

Dated:  March 13, 2019


                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE